# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| TRINH ANH HIEU NGUYEN, § | |
| § | |
| *Petitioner*, § | |
| § | |
| v. § | |
| § | |
| TODD LYONS, ACTING DIRECTOR § | No. 3:25-CV-00371-LS |
| IMMIGRATION CUSTOMS AND § | |
| ENFORCEMENT, MARY DE ANDA- § | |
| IBARRA, FIELD OFFICE DIRECTOR § | |
| FOR ENFORCEMENT AND § | |
| REMOVAL OPERATIONS, and § | |
| SECRETARY, USDHS KRISTI NOEM, § | |
| § | |
| *Respondents*. § | |

## ORDER FOR SERVICE

Petitioner Trinh Anh Hieu Nguyen challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

Respondents shall show cause by **September 30, 2025** why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

**SIGNED** and **ENTERED** on September 10, 2025.

_____

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**